Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| CATHY RAMIREZ, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| vs. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

CATHY RAMIREZ (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15

U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has

found abundant evidence of the use of abusive, deceptive, and unfair debt collection

practices by many debt collectors, and has determined that abusive debt collection

practices contribute to the number of personal bankruptcies, to marital instability, to the

loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to

eliminate abusive debt collection practices by debt collectors, to insure that those debt

collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.  *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Lubbock, Lubbock County, Texas and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

- 2 -

11. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

12. Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by *Cal. Civ. Code §1788.2(b)*, and is a "debt collector" as that term is defined by *Cal. Civ. Code §1788.2(c)*.

**FACTUAL ALLEGATIONS**

13. Defendant first began calling Plaintiff in January/February of 2008 attempting to collect an alleged debt.

14. Defendant contacted Plaintiff at her place of employment after being notified Plaintiff cannot accept calls at work (see picture of Work caller ID attached hereto as Exhibit "A").

15. Defendant is constantly trying to contact Plaintiff's boss in an attempt to collect on an alleged debt.

16. Defendant stated that Plaintiff had committed a crime in seeking and demanding payment of an alleged debt.

17. Defendant stated that it was going to file a lawsuit in seeking and demanding payment of an alleged debt.

18. To date no lawsuit has been filed by Defendant in the collection of the alleged debt.

- 3 -

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    b.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c.  Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without disclosing his/her identity.

    d.  Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    e.  Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that is not intended to be taken.

    f.  Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

    g.  Defendant violated *§1692f* of the FDCPA by engaging in unfair and unconscionable means to collect and/or attempt to collect a debt.

20. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiff, CATHY RAMIREZ, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

21. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

- 4 -

23. Actual damages,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CATHY RAMIREZ, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  December 16, 2008                KROHN & MOSS, LTD.


By: /s/ Ryan Lee
                Ryan Lee

Attorney for Plaintiff

COMPLAINT

1

2                    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

3    STATE OF TEXAS

4           Plaintiff, CATHY RAMIREZ, states as follows:
        1.    I am the Plaintiff in this civil proceeding.
5       2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
              that all of the facts contained in it are true, to the best of my knowledge, information
6             and belief formed after reasonable inquiry.
        3.    I believe that this civil Complaint is well grounded in fact and warranted by existing
7             law or by a good faith argument for the extension, modification or reversal of existing
              law.
8       4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
              to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
9             needless increase in the cost of litigation to any Defendant(s), named in the
              Complaint.
10      5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
        6.    Each and every exhibit I have provided to my attorneys which has been attached to
11            this Complaint is a true and correct copy of the original.
        7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
12            have not altered, changed, modified or fabricated these exhibits, except that some of
              the attached exhibits may contain some of my own handwritten notations.
13
              Pursuant to 28 U.S.C. § 1746(2), I, CATHY RAMIREZ, hereby declare (or certify,
14   verify or state) under penalty of perjury that the foregoing is true and correct.

15   DATE: 11·17·08                          _Caathy Ann Ramirez_
16                                           CATHY RAMIREZ

17

18

19

20

21

22

23

24

25

                                    - 6 -

                                  COMPLAINT

# **EXHIBIT A**

COMPLAINT



CID REVIEW

UNKNOWN NAME
1-800-842-0649
2:28PM 11/04



CID REVIEW
UNKNOWN NAME
1-800-842-0640
2:28PM 11/04

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

|    |    | YES | NO |
|----|----|-----|----|
| 1. | Sleeplessness | YES | NO |
| 2. | Fear of answering the telephone *at work.* | YES | NO |
| 3. | Nervousness | YES | NO |
| 4. | Fear of answering the door | YES | NO |
| 5. | Embarrassment when speaking with family or friends | YES | NO |
| 6. | Depressions (sad, anxious, or "empty" moods) | YES | NO |
| 7. | Chest pains | YES | NO |
| 8. | Feelings of hopelessness, pessimism | YES | NO |
| 9. | Feelings of guilt, worthlessness, helplessness | YES | NO |
| 10. | Appetite and/or weight loss or overeating and weight gain | YES | NO |
| 11. | Thoughts of death, suicide or suicide attempts | YES | NO |
| 12. | Restlessness or irritability | YES | NO |
| 13. | Headache, nausea, chronic pain or fatigue | YES | NO |
| 14. | Negative impact on my job | YES | NO |
| 15. | Negative impact on my relationships | YES | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____
_____

    *Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 11·17·08

Signed Name: *Cathy Ann Ramirez*

Printed Name: *Cathy Ann Ramirez*